UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-24112-CIV-MORENO/O'SULLIVAN

CARLINE RUIZ, individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

FAIRWAY PARK RETIREMENT FACILITY
CORP., a Florida corporation, MARIE C. REGNIER,
individually, and REGINALD N. ROBERTSON,
individually,

        Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Third Motion for Sanctions (DE # 47, 12/11/15).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED the Plaintiff's Third Motion for Sanctions (DE # 47, 12/11/15) is GRANTED.  The defendants Fairway Park Retirement Facility, Corp., Marie C. Regnier, and Reginald R. Robertson must respond to the plaintiff's First Requests to

Produce Documents in Aid of Execution of the Judgment, without objection, no later than February 18, 2016.  Failure to comply with this Order may result in financial sanctions and the defendants being held in contempt.  The plaintiff shall serve a copy of this Order on each of the defendants and file proof of service with the Court within two (2) weeks of the date of this Order.

DONE and ORDERED, in chambers, in Miami, Florida, this 7th day of January, 2016.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Moreno

All Counsel of Record